STATE OF CONNECTICUT *v.* ANTHONY D'AQUILA

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Anthony D'Aquila,* pro se, in support of the petition.

*Andrew Wittstein,* deputy assistant state's attorney, in opposition.

Decided March 4, 1980

WOODBURY REALTY CORPORATION *v.* ZONING COMMISSION OF THE TOWN OF WOODBURY

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Litchfield is denied by the court.

*W. Fielding Secor,* in support of the petition.

*Robert P. Hanahan,* in opposition.

Decided March 4, 1980

FANNIE KNIGHTON *v.* JOSEPH ALLEYNE ET AL.

The petition of the defendant city of Hartford for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*James F. Meehan,* special assistant corporation counsel, in support of the petition.

*George B. Bickford* and *Pamela R. Hershinson,* in opposition.

Decided March 11, 1980